United States Bankruptcy Court
District of Connecticut

In re:  
Shannon Adams Nkrumah  
    Debtor

Case No. 18-31986-amn  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0205-3    User: cpettway    Page 1 of 1    Date Rcvd: Dec 21, 2018  
                      Form ID: 160     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2018.  
db         +Shannon Adams Nkrumah,    1012 Old Colony Rd, Lot 46,    Meriden, CT 06451-6372  
cr         +First Credit Corporation of New York,    21 North Main Street,    Gloversville, NY 12078-3032

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2018 at the address(es) listed below:  
         Charles I. Miller, Esq.    on behalf of Creditor    First Credit Corporation of New York  
          cm@lawofficecmiller.com  
         Roberta   Napolitano    notices@ch13rn.com,    rnapolitano13@ecf.epiqsystems.com  
         U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV  
                                                                                                TOTAL: 3

# United States Bankruptcy Court

## District of Connecticut

*Filed and Entered*
*On Docket*
*December 21, 2018*

In re:
    Shannon Adams Nkrumah
                      Debtor*

Case Number: 18−31986 amn
Chapter: 13

### Motion/Application Deficiency Notice

    First Credit Corporation of New York has filed a/an Motion for Relief from Stay, ECF No. 14, not in compliance with this Court's Local Rules of Bankruptcy Procedure and the Federal Rules of Bankruptcy Procedure, for the reason(s) indicated below:

**Local Rule 2016−1(a): Compensation of Professionals**

☐ Fee Application worksheet is not attached to the above named application.

**Local Rule 4001−1: Automatic Stay; Relief From Stay Worksheet**

☐ Motion for Relief from Stay worksheet for real property is not attached to the above named motion.

**Local Rule 4001−3: Use of Cash Collateral and Debtor in Possession Financing**

☐ Check list for Motions and Orders For Use of Cash Collateral and Post−Petition Financing pursuant to 11U.S.C. §§ 363 and/or 364 is not attached to the above named motion.

**Local Rule 9013−1 and Bankruptcy Rule 7010: Forms of Pleading Certain Contested Matters**

☑ Motion/Application is not in compliance with Local Bankruptcy Rule 9013 and Bankruptcy Rule 7010. The above named motion does not contain a proper caption.

**Local Rule 9014−1:**

☐ Contested Matter Procedure should be followed when filing the above stated motion.

☐ Deficient Certificate of Service (Not in Compliance with Bankruptcy Rule 7004).

You may file an Amended Certificate of Service only if service was properly made on the same date as the original motion/application. If service was made on a different date than the original motion, you must file an amended motion consisting of the motion, notice of response date and certificate of service.

☐ Deficient Response Deadline. Notice provided was insufficient for the above named motion.

☐ Other

     Failure to correct and submit an amended motion/application in compliance with this Court's Local Rules and Federal Rules of Bankruptcy Procedure within five (5) business days from the date of this notice will result in an order denying your motion/application.

     **NOTE: Moving parties without an attorney have an additional three days to correct and submit an amended motion/application in compliance with this Court's Local Rules and Federal Rules of Bankruptcy Procedure.**

Dated: December 21, 2018

BY THE COURT

Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773–2009
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 160 – cp

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.